UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| ALLEN D. MCCLOSKEY, et al., | Case No. 23-cv-01699-RMI |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| HUMBOLDT COUNTY SHERIFF'S DEPARTMENT, et al., | |
| Defendants. | |

On August 21, 2024, the court entered an order dismissing this case with prejudice. Pursuant to Federal Rule of Civil Procedure 58, the court hereby **ENTERS** judgment in accordance with that order. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: August 21, 2024

ROBERT M. ILLMAN
United States Magistrate Judge